IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER CARMONA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **CIVIL ACTION NO: 4:22-CV-01208** |
| | § | |
| **CARRINGTON MORTGAGE** | § | |
| **SERVICES, LLC** | § | |
| | § | |
| **Defendant.** | § | |

## NOTICE OF SETTLEMENT

Defendant Carrington Mortgage Services, LLC hereby notices[1] the Court that Plaintiff Christopher Carmona and Carrington have reached a settlement agreement that resolves all pending claims in this lawsuit. The Parties are in the process of finalizing the settlement and request that the Court stay all impending deadlines until the Parties can file a joint stipulation of dismissal. The Parties anticipate no more than thirty (30) days to complete all terms of the settlement and file a joint stipulation of dismissal. The Parties have notified the Honorable Yvonne Ho of the pending settlement as well.

WHEREFORE, the Parties respectfully request that this Court stay all impending deadlines and hearings for a period of at least thirty (30) days.

---

[1] Pursuant to the settlement with Plaintiff Christopher Carmona, counsel for Carrington advised Mr. Carmona that this Notice of Settlement would be filed by Carrington, and Mr. Carmona agreed to the filing of this notice.

Respectfully submitted,



By: */s/ Gabriella Alonso*
**JON H. PATTERSON**
Texas Bar No. 24077588
jpatterson@bradley.com
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203-2104
Telephone: (205) 521-8403
Fax:     (205) 488-6403
**MELISSA GUTIERREZ ALONSO**
Texas Bar No. 24087648
Fed. I.D. No. 2255351
malonso@bradley.com
**GABRIELLA ALONSO**
Texas Bar No. 24113527
GALONSO@BRADLEY.COM
600 Travis Street, Suite 4800
Houston, Texas 77002
(713) 576-0300 Telephone
(713) 576-0301 Telecopier
***ATTORNEYS FOR DEFENDANT***

## CERTIFICATE OF SERVICE

I certify that on this 17th day of August, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I further certify that a true and correct copy of the foregoing has been served on all counsel of record as follows:

*Via US Mail*
*& E-mail: chriscarmona1986@gmail.com*
Christopher Carmona
9919 Meadow Mill Forest Lane
Houston, Texas 77044
***Plaintiff Pro-Se***

*/s/ Gabriella Alonso*
Gabriella Alonso

2